JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON DRIBEN, | CV 24-10489 PA (JPRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| SN SERVICING CORPORATION, et al. | |
| Defendants. | |

Pursuant to the Court's January 2, 2025 Minute Order dismissing this action for lack of subject matter jurisdiction, lack of prosecution, and for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: January 2, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE